IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STACEY WARREN BRACKENS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3743 |
| | § | |
| ANDREA WOODS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with this court's order of today's date granting the motion to dismiss, Plaintiff Stacy Brackens's suit against Defendants Andrea Woods and the Arapahoe County Department of Human Services is dismissed.

SIGNED on March 26, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge